Opinion adopted by the Supreme Court.

## WHITE v. STATE.
### No. 22108.

Court of Criminal Appeals of Texas.
May 6, 1942.

Rehearing Denied June 3, 1942.

Alex P. Pope, of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was charged by complaint and information with the possession of an illicit beverage, to-wit: liquor to which no stamp had been affixed showing the payment of the tax due the State of Texas, and upon his trial was by the jury convicted and assessed a penalty of a $200 fine.

There is neither a statement of facts nor bills of exceptions in the record. The proceedings shown in the record appear to be regular, and there being nothing presented for review, the judgment is affirmed.

On Motion for Rehearing.

DAVIDSON, Judge.

Appellant's motion for rehearing is of a formal nature only. No specific challenge is made to our holding. Nothing new is presented or pointed out.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.